UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                               Plaintiff,

       v.

EMMANUEL MADERA,

                               Defendant.
_____

DECISION AND ORDER

18-CR-6130L

        Defendant Emmanuel Madera ("Madera") filed a *pro se* motion seeking release from custody pursuant to 18 U.S.C. § 3582(c)(1)(A). The Government opposed the motion.

        This Court entered a Decision and Order (Dkt. #67) on October 1, 2020, denying Madera's motion. The Court determined that although Madera had some health issues, they did not appear to be severe and had been conditions that Madera had dealt with most of his life.

        Within days of this Court's Decision, Madera filed a *pro se* motion (Dkt. #68) for reconsideration of this Court's Decision denying release. The principal basis for Madera's present motion appears to be that the Allenwood facility, where he is housed, has experienced an increase in positive cases of COVID-19. It does appear that the facility is in a lockdown situation to help minimize the risk of infection. Madera presents no new information relative to his own health condition.

        Therefore, I find no compelling reason to reconsider the Decision and Order (Dkt. #67) denying Madera's original motion for compassionate release.

**CONCLUSION**

Defendant Emmanuel Madera's motion (Dkt. #68) for this Court to reconsider its prior Decision and Order of October 1, 2020, is in all respects DENIED.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       November 17, 2020.